DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Armstrong v. Ledges Homeowners Ass'n<br><br>Case Below:<br>174 N.C. App. 172 | No. 640P05 | Plts' Armstrong PDR Under N.C.G.S. § 7A-31 (COA05-88) | Allowed 01/26/06 |
| Barber v. Burke<br><br>Case Below:<br>174 N.C. App. 365 | No. 672P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-24) | Denied 01/26/06 |
| Beale v. Manley<br><br>Case Below:<br>169 N.C. App. 455 | No. 251P05 | Plt-Appellant's PDR Under N.C.G.S. § 7A-31 (COA04-809) | Denied 01/26/06 |
| Blue Ridge Sav. Bank v. Best & Best, PLLC<br><br>Case Below:<br>172 N.C. App. 170 | No. 494PA05 | 1. Plt's PWC to Review Order of Buncombe County Superior Court (COA04-1357)<br><br>2. Plt's and Def's Motion to Withdraw Appeal | 1. —<br><br>2. Allowed 01/26/06 |
| Boggess v. Spencer<br><br>Case Below:<br>173 N.C. App. 614 | No. 632P05 | Defs' PDR Under N.C.G.S. § 7A-31 (COA05-118) | Denied 01/26/06 |
| Boice-Willis Clinic, P.A. v. Seaman<br><br>Case Below:<br>175 N.C. App. 246 | No. 002P06 | Def's Motion for Temporary Stay (COA05-298) | Allowed pending determination of defendant's PDR 01/09/06 |
| Brown v. N.C. Dep't of Corr.<br><br>Case Below:<br>173 N.C. App. 756 | No. 715P05 | Plt's Motion for PDR Under N.C.G.S. § 7A-31 (COA04-1342) | Denied 01/26/06 |
| Chavis v. T.L.C. Home Health Care Agency, Inc.<br><br>Case Below:<br>172 N.C. App. 366 | No. 531A05 | Def's Motion to Dismiss Appeal (COA04-1454) | Allowed 01/03/06 |
| Citicorp Tr. Bank, FSB v. Vaughan<br><br>Case Below:<br>172 N.C. App. 170 | No. 475P05 | Def's (Randy and Sandra Hammitt) PDR Under N.C.G.S. § 7A-31 (COA04-1364) | Denied 01/26/06 |